United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-10521-elf
Sharon Elizabeth Smith                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD            Page 1 of 2             Date Rcvd: Sep 19, 2018
                              Form ID: 138NEW           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
db         +Sharon Elizabeth Smith,    352 East Gorgas Lane,    Philadelphia, PA 19119-1905
cr         +PNC Mortgage, as Servicer,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
12964912   +Bank of America, N.A.,    c/o KEVIN T MCQUAIL,    McCabe Weisberg & Conway P.C.,
             123 S. Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
13008232   +Bank of America, N.A.,    c/o Margaret Gairo,    123 South Broad Street, Suite 1400,
             Philadelphia, PA 19109-1060
12952684   +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
12952686  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
12952687   +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
12955723   +FEDERAL NATIONAL MORTGAGE ASSOC.,    c/o: Joshua I. Goldman, Esq.,    KML Law Group, P.C.,
             701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
12952688   +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
13083931   +PNC MORTGAGE, A DIVISION OF PNC BANK, N.A.,    3232 NEWMARK DR,    MIAMISBURG, OH 45342-5421
12952690   +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:43     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:09
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2018 02:29:28     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 02:28:49     Green Tree Servicing LLC,
             PO Box 6154,    Rapid City, SD  57709-6154
cr          E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 02:40:13     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13103262    E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:43     City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
             1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13044233   +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 20 2018 02:29:24
             COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
             SAINT CLOUD MN 56302-7999
12952685   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 02:40:11     Capital 1 Bank,
             Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13081052    E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 02:28:49     Green Tree Servicing LLC,
             PO BOX 0049,    Palatine, IL 60055-0049
12952689   +E-mail/Text: clientservices@northwestcollectors.com Sep 20 2018 02:28:49
             Northwest Collectors,    3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
13076368    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:39:03
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12964956    E-mail/Text: ebn@vativrecovery.com Sep 20 2018 02:28:49     Palisades Acquisition IX, LLC,
             Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
             PO Box 40728,    Houston TX 77240-0728
13506672    E-mail/PDF: rmscedi@recoverycorp.com Sep 20 2018 02:39:04
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 13

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Sep 19, 2018
                              Form ID: 138NEW             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              MARIO J. HANYON    on behalf of Creditor    The Bank of New York Mellon Trust Company, Et al.
               paeb@fedphe.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Sharon Elizabeth Smith msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sharon Elizabeth Smith

    Debtor(s)

Bankruptcy No: 13−10521−elf

Chapter: 13

---

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/19/18